

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,442-01

### EX PARTE MARTIN HERNANDEZ GARCIA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR45195A IN THE 385TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession of a prohibited substance or item in a correctional facility and sentenced to 3 years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied adequate notice from the Board of Pardons and Paroles that he would be considered for release on discretionary mandatory supervision. *See* TEX. GOV'T CODE §§ 508.147, 508.149. Applicant has alleged facts that, if true, might entitle him to relief. *Ex parte Retzlaff*, 135 S.W.3d 45 (Tex. Crim. App. 2004). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC.

art. 11.07, § 3(d). The trial court shall order the Board of Pardons and Paroles's Office of the General Counsel to obtain a response from a person with knowledge of relevant facts. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether Applicant was provided adequate notice from the Board of Pardons and Paroles that he would be considered for release on discretionary mandatory supervision. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:          September 16, 2020
Do not publish